**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Charlie Scott, | : |
| | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  3:18-cv-00391-BJD-MCR |
| | : |
| Diversified Consultants, Inc., | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: April 12, 2018

Respectfully submitted,

By    /s/ Tamra Givens
Tamra Givens, Esq.
Fla. Bar No. 657638
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
ATTORNEYS FOR PLAINTIFF

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 12, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Tamra Givens_____

Tamra Givens