UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLIE SCOTT,

    Plaintiff,

v.                                             Case No. 3:18-cv-391-J-39MCR

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Notice of Withdrawal of Complaint and Voluntary Dismissal With Prejudice (Doc. 7; Notice) filed by Plaintiff on June 4, 2018. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 6th day of June, 2018.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

ap